IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

vs.        Cr. No. 05-20104 D/A

AMBROSE ODUNZE,

    Defendant.

---

### ORDER GRANTING DEFENDANT'S MOTION TO WAIVE APPEARANCE AT ARRAIGNMENT

---

For good cause shown, defendant's request to waive his appearance at arraignment set in this case for Wednesday, April 27, 2005, at 9:30 a.m. is hereby **GRANTED**. Defendant shall not be required to appear at the above report and shall remain on his present bond.

It is so **ORDERED**, this the 25 day of April, 2005.

_____
United States Judge





UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CR-20104 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT