IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.    Cr. No.  05-20104-D

AMBROSE ODUNZE,

    Defendant.

---

### ORDER GRANTING DEFENDANT'S MOTION TO WAIVE APPEARANCE AT REPORT DATE

---

For good cause shown, and without objection from the government, defendant's request to waive his appearance at the report date set in this case for Thursday, July 21, 2005 at 9:00 a.m. is hereby **GRANTED**. Defendant shall not be required to appear at the above report date, and shall remain on his present bond.

It is so **ORDERED**, this the ___7th___ day of June, 2005.

HONORABLE BERNICE B. DONALD
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:05-CR-20104 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT